UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

COREY NELSON                                                                                          PLAINTIFF
ADC #117545

V.                                      No. 4:23-CV-133-BRW-JTR

RICHARDSON, Deputy Warden,
East Arkansas Regional Unit;
MOSES JACKSON, Head Warden,
East Arkansas Regional Unit;
SOLOMON GRAVES, Secretary
of Correction, ADC; DEXTER
PAYNE, Director, ADC; and
WILLIAM STRAUGHN,
Deputy Director, ADC                                                                                DEFENDANTS

## ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

1.  Nelson is allowed to PROCEED with his First Amendment deliberate indifference to serious medical needs claims against Richardson, in his individual capacity only.

2.	Nelson's official capacity claims are DISMISSED, without prejudice, for failure to state a claim on which relief may be granted.

3.	Nelson's supervisor liability claims against Head Warden Jackson, Secretary Graves, Director Payne, and Deputy Director Straughn are DISMISSED, without prejudice, for failure to state a claim on which relief may be granted.

4.	Head Warden Jackson, Secretary Graves, Director Payne, and Deputy Director Straughn are TERMINATED as parties to this action.

IT IS SO ORDERED this 31st day of October, 2023.

                                                    BILLY ROY WILSON  
                                            UNITED STATES DISTRICT JUDGE