IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY NELSON**                                                                  **PLAINTIFF**
**ADC #117545**

VS.                      No. 4:23-cv-00133-BRW

**MICHAEL RICHARDSON, Deputy Warden,**
**East Arkansas Regional Unit,** *et al.*                            **DEFENDANTS**

## ORDER

Plaintiff Corey Nelson has not complied with the October 5, 2024 Order directing him to respond to Defendant Richardson's discovery requests.[1] Nor has he filed a response to Defendant Richardson's motion to dismiss.[2] The time to do so has expired.[3]

Thus, Defendant's motion to dismiss is granted.[4] This case is dismissed without prejudice due to a lack of prosecution and failure to comply with a discovery order.[5] I certify that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[6]

IT IS SO ORDERED this 27th day of November, 2024.

                                            *Billy Roy Wilson*
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. 25; *see* Docs. 26–27.

[2] Doc. 26.

[3] Docs. 25, 28.

[4] Doc. 26.

[5] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2); Fed. R. Civ. P. 37(b)(2)(A)(v).

[6] 28 U.S.C. § 1915(a)(3).