IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY NELSON**                                                                           **PLAINTIFF**
**ADC #117545**

**VS.**                       **No. 4:23-cv-00133-BRW**

**MICHAEL RICHARDSON, Deputy Warden,**
**East Arkansas Regional Unit,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of November, 2024.

                                                   Billy Roy Wilson
                                                   UNITED STATES DISTRICT JUDGE